UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVON GOOD, | No.  2:19-cv-02453-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| RALPH DIAZ, et al., | |
| Defendants. | |

Plaintiff Ravon Good ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 2, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 20.)  Plaintiff has not filed objections to the findings and recommendations.[1]

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

---

[1]     On September 24, 2020, Plaintiff filed a document titled "Objections to Magistrate Judge's Findings and Recommendations."  However, Plaintiff does not identify any objections in that document.

1

1  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28

2  U.S.C. § 636(b)(1).

3      The Court has reviewed the file and finds the findings and recommendations to be

4  supported by the record and by the magistrate judge's analysis.

5      Accordingly, IT IS HEREBY ORDERED that:

6      1. The findings and recommendations filed September 2, 2020 (ECF No. 20), are

7  ADOPTED IN FULL;

8      2. Plaintiff's second amended complaint (ECF No. 19) is DISMISSED for failure to state

9  a claim upon which relief can be granted; and

10      3. This case is closed.

11      IT IS SO ORDERED.

12  DATED:  October 6, 2020

13

14

15                                      Troy L. Nunley
                                         United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28